**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7306**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

MICHAEL C. BRANNON,

    Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  Henry M. Herlong, Jr., District Judge.  (7:98-cr-00637-HMH-2)

Submitted:  February 19, 2009  Decided:  February 24, 2009

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael C. Brannon, Appellant Pro Se. James D. Galyean, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael C. Brannon appeals from the district court's order granting in part his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence based on the crack cocaine amendments to the Sentencing Guidelines. The district court reduced Brannon's sentence to the minimum of the amended Guidelines range. Brannon asserts that the district court erred in failing to further reduce his sentence. Brannon's argument is foreclosed by our decision in United States v. Dunphy, 551 F.3d 247 (4th Cir. 2009). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED